# United States District Court
## Eastern District of Wisconsin

ROBERT K. GANT,

    Petitioner(s),

  v.

BRIAN FOSTER,

    Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 16-CV-317

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that Robert K. Gant's Petition for Writ of Habeas Corpus, ECF No. 1, is GRANTED. This matter is remanded to Milwaukee County Circuit Court with instruction to vacate Mr. Gant's judgment of conviction.

      Approved: *s/ David E. Jones*
            DAVID E. JONES
            United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 23rd day of September, 2019.

            STEPHEN C. DRIES
            Clerk of Court

            *s/ K. Hubacz*
            (By) Deputy Clerk